AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SAMUEL L. DIXON, III,

    Plaintiff,

                      v.

MICHAEL LEWIS, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:20-cv-16

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated February 5, 2021, adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of this Court, Plaintiff's complaint is dismissed and Plaintiff is denied in forma pauperis status on appeal.  This case stands closed.

Approved by: _____

February 16, 2021
Date



John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/2020